THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUNO ROBERTO, | CASE NO. C18-0084-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to establish certain case management deadlines (Dkt. No. 10). The Court GRANTS the parties request. At the convenience of the parties, the Court sets the following expert disclosure deadlines:

    Initial Expert Disclosures:        August 16, 2018

    Rebuttal Expert Disclosures:      September 14, 2018

The Court notes that the discovery cutoff and dispositive motion deadline, as articulated in the parties' stipulated motion (Dkt. No. 10), does not comport with the Court's prior scheduling entry. (*See* Dkt. No. 7). Pursuant to that entry, the discovery cutoff is 120 days prior to the February 11, 2019 trial date: October 14, 2018. (*Id.*) The dispositive motion deadline is 90

days prior to the February 11, 2019 trial date: November 13, 2018. (*Id.*)

DATED this 23rd day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
