THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUNO ROBERTO, | CASE NO. C18-0084-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the discovery deadline (Dkt. No. 14). The current discovery deadline is October 14, 2018, and the trial is set for February 11, 2019. (Dkt. No. 7.) The parties now move to request that the Court order all discovery be completed no later than November 29, 2018. (Dkt. No. 14 at 2.)

The Court GRANTS the stipulated motion to extend the discovery deadline to November 29, 2018. However, the Court also concludes that the dipositive motions deadline and the trial date need to be continued, as well. Therefore, based on the Court's schedule and the discovery extension, the new trial date is April 1, 2019 and the new dispositive motions deadline is December 31, 2018.

MINUTE ORDER
C18-0084-JCC
PAGE - 1

1     DATED this 10th day of October 2018.

<u>William M. McCool</u>  
Clerk of Court

<u>s/Tomas Hernandez</u>  
Deputy Clerk