UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUNO ROBERTO, | CASE NO. C18-0084-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court previously issued a Minute Order extending the discovery deadline, dispositive motions deadline, and the trial date. (Dkt. No. 15.) In addition to those extensions, the Court EXTENDS the trial briefs, proposed voir dire, and jury instructions deadline from February 6, 2019 to March 25, 2019.

DATED this 12th day of October 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk