THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| BRUNO ROBERTO, | CASE NO. C18-0084-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 17). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 1st day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
